# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CONNIE DEWITT, individually and
on behalf of others similarly situated**

                                      **PLAINTIFF**

v.                      **No. 4:11-cv-873-DPM**

**SECURITAS SECURITY SERVICES USA
INC. and SECURITAS SERVICES, INC.**     **DEFENDANTS**

## ORDER

Last month the parties filed a joint motion to dismiss this case with prejudice, keep the settlement agreement under seal, and for approval of the settlement. *Document No. 32.* The Court's Memorandum Opinion of 16 November 2012 stated its intention "to give final approval and unseal the settlement documents promptly on 30 November 2012 unless the parties advise the Court before then that making the details public means there is no settlement and the cases should therefore stay on the docket for adjudication." *Document No. 37.* The parties have not objected. Their motion, *Document No. 32*, is granted in part and denied in part. The Court approves the settlement agreement and orders the settlement documents, *Document No. 34*, unsealed. The complaint in this case is dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

30 November 2012