IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CONNIE DEWITT, individually and
on behalf of others similarly situated     PLAINTIFF

v.                No. 4:11-cv-873-DPM

SECURITAS SECURITY SERVICES USA
INC. and SECURITAS SERVICES, INC.     DEFENDANTS

JUDGMENT

Dewitt's complaint is dismissed with prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

30 November 2012